The Honorable Marc L. Barreca
Chapter 13
Hearing Date: May 5, 2011
Hearing Time: 9:30 AM
Hearing Location: US Courthouse, Seattle, WA
Response Due: April 28, 2011

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

CYNTHIA SCHMIEDEKNECHT,

Debtor(s).

Case No. 09-20947-MLB

Chapter: 13

ORDER GRANTING DEBTOR'S FIRST APPLICATION FOR ATTORNEYS' FEES AND COSTS

THIS MATTER having come before the Court upon the Application of Debtor(s) attorney's and the Court having reviewed the Application, and having reviewed the files and records herein, deeming itself advised in the premises, it is now therefore

ORDERED, ADJUDGED and DECREED as follows:

1. The First Application for attorney fees of $4,555.23 and costs are hereby approved as an administrative expense pursuant to 11 U.S.C. 503(b). The fees and costs are reasonable and were necessary and beneficial to the estate.

2. Previously Debtors' attorneys were paid $2,500.00 prior to filing this Chapter 13 case and received another $1,000.00 for the Chapter 13 case in December 2010. The outstanding balance of approved fees and costs, totaling $**1,055.23** shall be paid through the plan prior to all other claims and creditors, excluding the Chapter 13 Trustee.

ORDER GRANTING DEBTOR'S FIRST APPLICATION FOR ATTORNEYS' FEES AND COSTS (09-20947-MLB) - 1

SEATTLE DEBT LAW, LLC
705 THIRD AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Case 09-20947-MLB    Doc 58    Filed 05/10/11    Entered 05/10/11 14:47:39    Page 1 of 2

//

DONE this \_\_\_\_ day of May, 2011

Marc Barreca
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC

\_\_\_\_\_*/s/ Christina Latta Henry*\_\_\_\_\_
Christina Latta Henry, WSBA 31273
Attorney for Debtor(s)

ORDER GRANTING DEBTOR'S FIRST APPLICATION
FOR ATTORNEYS' FEES AND COSTS
(09-20947-MLB) - 2

**SEATTLE DEBT LAW, LLC**
705 THIRD AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115